**Order entered July 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00089-CR

**JOE RICHARD CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 074010**

### ORDER

Before the Court is appellant's July 18, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by August 19, 2022.

/s/ LANA MYERS
   JUSTICE